## JAMES A. GORDON *versus* EBENEZER HURD.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Motion for rule on clerk to issue certiorari *p. 215; (2) rule to assign errors *p. 229; (3) motion to dismiss overruled *p. 246; (4) motion for leave to amend joinder in error *p. 248; (5) motion for leave to amend joinder withdrawn *p. 340; (6) case argued *p. 342; (7) arguments closed, case submitted *p. 344; (8) judgment reversed *p. 352.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari; (3) motion for rule on clerk to issue certiorari; (4) writ of certiorari and return; (5) motion for rule to assign errors; (6) assignment of errors; (7) joinder in error; (8) motion for leave to amend joinder; (9) precipe for ca. sa. for costs; (10) writ of ca. sa. for costs—return.

*1824–36 Calendar,* MS p. 169. Recorded in *Book C,* MS pp. 209–13.